UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>            Plaintiff, )<br>)<br>v.                                    )<br>)<br>67 RUSH STREET, SOMERVILLE, )<br>MASSACHUSETTS,             )<br>            Defendant. )  | No. 04-cv-10767-RWZ |

## VERIFIED STATEMENT OF INTEREST

Matthew D. Thompson, hereby makes claim to the Defendant property on behalf of John Cardillo, Trustee of Giovanni Realty Trust, as its duly appointed attorney. Giovanni Realty Trust was the owner of the Defendant property from August 18, 2000 to May 10, 2004.

## VERIFICATION

I, Matthew D. Thompson, state that pursuant to Supplemental Rule for Certain Admiralty and Maritime Claims C(6)(a)(ii), I am filing the above *Verified Statement of Interest* on behalf of John Cardillo, Trustee of Giovanni Realty Trust, as its duly appointed attorney. I verify on oath and solemn affirmation that the contents of the above document are true and accurate to the best of my knowledge. Signed under the pains and penalties of perjury, this 21st day of June, 2004.

Dated: June 21, 2004                             /s/ Matthew D. Thompson
                                                        Matthew D. Thompson
                                                        Attorney for the
                                                        Giovanni Realty Trust

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss                                                                                  Date:  06/21/04

    Then personally appeared the above named Matthew D. Thompson and, having been duly sworn, acknowledged the foregoing signature to be his free act and deed, before me.

      /s/ Erinn E. Melia
      Erinn E. Melia, Notary Public
      My Commission Expires: 08/19/05

**CERTIFICATE OF SERVICE**

    I certify that on this date a true copy of the above document was served upon Shelby D. Wright, Assistant United States Attorney, United States Attorney's Office, United States Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210, be first class mail, postage pre-paid.

      /s/ Matthew D. Thompson
      Matthew D. Thompson