## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  )<br>     Plaintiff, )<br>          )<br>v.           )<br>          )<br>67 RUSH STREET, SOMERVILLE, )<br>MASSACHUSETTS,   )<br>     Defendant. )<br>          ) | No. 04-cv-10767-RWZ |

### NOTICE OF APPEARANCE

Thomas J. Butters and Matthew D. Thompson of Butters Brazilian LLP, One Exeter Plaza, Boston, Massachusetts 02116, 617-367-2600, hereby enter their appearance in the above-captioned matter on behalf of John Cardillo, Trustee of Giovanni Realty Trust.

                  /s/ Matthew D. Thompson
                  Thomas J. Butters
                  B.B.O. No. 068260
                  butters@buttersbrazilian.com
                  Matthew D. Thompson
                  B.B.O. No. 655225
                  thompson@buttersbrazilian.com
                  Butters Brazilian LLP
                  One Exeter Plaza
                  Boston, Massachusetts 02116
                  Ph: (617) 367-2600
                  Fx: (617) 367-1363