# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS


   **UNITED STATES OF AMERICA**
                    **Plaintiff**

                                                    **CIVIL ACTION**

           **V.**
                                                    **NO.  04-10767-RWZ**

   **67 RUSH STREET, SOMERVILLE, MA.**
                    **Defendant**



                        **JUDGMENT**


   **ZOBEL, D. J.**


   **In accordance with the ENDORSED ORDER entered on 8/20/04;**

      **JUDGMENT is entered DISMISSING the complaint.**

                                          **By the Court,**


   **8/23/04**                                **s/ Lisa A. Urso**
           **Date**                            **Deputy Clerk**